# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1956

_____

Michael E. Acevedo,                    *
                                       *
            Appellant,                 *
                                       *   Appeal from the United States
      v.                               *   District Court for the Eastern
                                       *   District of Missouri.
City of Bridgeton, a municipal         *
corporation; Mayor of the City of      *        [UNPUBLISHED]
Bridgeton, Missouri; Chief of Police   *
for the City of Bridgeton, Missouri;   *
Unknown Eatherly, Police Officer of    *
the City of Bridgeton, Missouri;       *
Pattonville Emergency Service; L.      *
Taylor, Pattonville Emergency Service  *
Attendant; St. Joseph's Hospital, a    *
Missouri corporation; Unknown          *
Security Guard No. 1; Unknown          *
Security Guard No. 2; Unknown Nurse,   *
Psycho Ward Nurse; Other Unknown       *
Persons, Names Unknown; Unknown        *
Benson, Police Officer of the City of  *
Bridgeton, Missouri; S. Benson,        *
Pattonville Emergency Service          *
Attendant,                             *
                                       *

            Appellees.

_____

Submitted: July 3, 2008
Filed: July 9, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Michael Acevedo appeals the district court's[1] orders dismissing one defendant and granting summary judgment in favor of the remaining defendants in this 42 U.S.C. § 1983 action. After carefully reviewing the record de novo and considering Acevedo's arguments for reversal, see Mann v. Yarnell, 497 F.3d 822, 825 (8th Cir. 2007) (de novo review of summary judgment); Koehler v. Brody, 483 F.3d 590, 596 (8th Cir. 2007) (de novo review of dismissal for failure to state claim), we affirm. See 8th Cir. R. 47B. We deny appellees' motion to dismiss.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.